USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: MAR 10 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Blue Ocean International Bank LLC,
Plaintiff,

-v-

Golden Eagle Capital Advisors, Inc.,

Defendants.

19-cv-9327 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Initial Pretrial Conference in this matter is hereby ADJOURNED to April 21, 2020 at 1:30 P.M.

SO ORDERED.

Dated: March 10, 2020
New York, New York

ALISON J. NATHAN
United States District Judge